UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JED W. WHITLEY, *et al.*,              )
                                  )   Case No. C17-0673RSL
                  Plaintiffs,  )
     v.  )
                                  )   ORDER
THE RITCHIE GROUP, *et al.*,           )
                  Defendant.  )
_____)

This matter comes before the Court *sua sponte*. Defendant Towne or Country Real Estate, Inc., has entered an appearance in this matter through its President, Dean Pittenger. Dkt. # 8. "Corporations and other unincorporated associations must appear in court through an attorney." Licht v. Am. W. Airlines, 40 F.3d 1058, 1059 (9th Cir. 1994). See also LCR 83.2(b)(3) ("A business entity, except a sole proprietorship, must be represented by counsel."). Pleadings and papers filed by a non-attorney on behalf of a corporation or partnership are not valid. D-Beam Ltd. Partnership v. Roller Derby Skates, Inc., 366 F.3d 972, 974 n.1 (9th Cir. 2004).

There is no indication that Mr. Pittenger is an attorney licensed to practice before this Court. The Notice of Appearance filed on June 1, 2017, has been accepted only for the purpose of an address to which communications with defendant Towne or Country Real Estate, Inc., can be sent. To the extent Towne or Country Real Estate, Inc. intends to file a substantive response to the complaint and/or otherwise participate in this proceeding, it must appear through counsel or risk having a default judgment entered against it.

ORDER

1   Dated this 8th day of June, 2017.

2   *Robert S. Lasnik*
    Robert S. Lasnik
3   United States District Judge