UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JED W. WHITLEY,

                Plaintiff,

    v.

THE RITCHIE GROUP, *et al.*,

                Defendants.
_____

Case No. C17-673RSL

ORDER TO SHOW CAUSE

On May 17, 2017, the Court issued an order requiring the parties to file a Joint Status Report by June 14, 2017. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, July 6, 2017, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of May 17, 2017. The Clerk is directed to place this Order to Show Cause on the Court's calendar for July 7, 2017.

DATED this 21st day of June, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE