UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JED W. WHITLEY, *et ux.*,

                Plaintiffs,

    v.

THE RICHIE GROUP, *et al.*,

                Defendants.
_____

Case No. C17-673RSL

ORDER TO SHOW CAUSE

        This matter comes before the Court *sua sponte*. On June 21, 2017, defendant Gary J. Krohn filed a Motion For Summary Judgment which, taken as a whole, exceeds 50 pages in length. (Dkt. # 15). As of this date, a courtesy copy of these documents have not been provided for chambers.

        Defendant is hereby ORDERED to show cause, within five days of the date of this Order, why he should not be sanctioned for failure to comply with Local Rule 10(e)(9). Defendant shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

        DATED this 7th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE