UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JED W. WHITLEY, *et al.*,

    Plaintiffs,

v.

THE RITCHIE GROUP, *et al.*,

    Defendant.

Case No. C17-0673RSL

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

This matter comes before the Court on plaintiffs' "Motion for Temporary Restraining Order Pursuant to LCR 65(b) and FRCP 65." Dkt. # 43. On April 28, 2017, defendants recorded notices of trustee sale regarding two properties in which plaintiffs have an interest. The sales were scheduled for August 4, 2017. Plaintiffs filed this action on May 1, 2017, asserting RICO claims arising out of defendants' attempts to foreclose on their properties. Three days before the scheduled sale, plaintiffs filed this motion for injunctive relief enjoining and restraining the sale.

Although plaintiffs' motion is captioned as a motion for a temporary restraining order, notice was given to defendants through the Court's CM/ECF filing system. Plaintiffs make no effort to explain why this motion was not characterized as a motion for preliminary injunction and noted for consideration on the fourth Friday after filing, as specified in LCR 7(d)(3). Nor do they explain why they waited three months to seek injunctive relief. While the Court is cognizant of the harm that can arise from the wrongful foreclosure and sale of a person's home, our entire

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING ORDER

system of jurisprudence depends on the assumption that, absent extraordinary circumstances, both parties will have reasonable notice and an opportunity to be heard before the Court takes action. Granny Goose Foods, Inc. v. Bhd. of Teamsters, 415 U.S. 423, 439 (1974). Although notice has been given in this case, plaintiffs filed a twenty-five page memorandum addressing complex RICO issues to which defendants would have only one day to respond if there were any hope that the Court could issue a decision before the sale occurred. Absent some exigency not of plaintiffs' own making, the Court will not excuse the failure to comply with the local noting rules despite the presumed harm that will arise from the sale of plaintiffs' properties.

The motion for a temporary restraining order is DENIED.

Dated this 1st day of August, 2017.

                          *Robert S. Lasnik* (signature)
                          Robert S. Lasnik
                          United States District Judge