UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JED W. WHITLEY, *et al.*,

        Plaintiffs,

    v.

THE RITCHIE GROUP, *et al.*,

        Defendant.

Case No. C17-0673RSL

ORDER

This matter comes before the Court on defendants' "Motion to Disqualify Plaintiffs' Counsel and to Compel Plaintiffs to Seek an Order of Substitution to Proceed Pro Se." Dkt. # 61. Attorney Dean Browning Webb was suspended from practice in this district on November 7, 2017. See In re Webb, RD17-0105WTM (Dkt. # 3). The motion to disqualify is therefore GRANTED. Because an order of substitution is not necessary for plaintiffs to proceed pro se, that aspect of the request for relief is DENIED.

Plaintiffs have voluntarily dismissed all remaining claims against defendants. Dkt. # 66. The Clerk of Court is directed to terminate this matter.

Dated this 14th day of November, 2017.

Robert S. Lasnik
United States District Judge

ORDER